**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BERTA MARINA PEREZ HERNANDEZ,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER CHESTNUT,<br><br>Respondent. | No. 1:25-cv-01388-JLT-EPG (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING THE PETITION FOR WRIT OF HABEAS CORPUS, DIRECTING RESPONDENT TO IMMEDIATELY RELEASE PETITION, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(Doc. 13) |

Petitioner is an immigration detainee proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 12, 2025, the magistrate judge issued findings and recommendations recommending that the petition for writ of habeas corpus be granted on Ground One and Respondent be directed to immediately release Petitioner, subject to the bond and other conditions imposed by the immigration judge in the July 14, 2025 order. (Doc. 13.) The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen days after service. (*Id.* at 9.) The Court further warned the parties "that failure to file objections within the specified time may waive the right to appeal the District Court's order." (*Id.* at 10 (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)).) To date, no objections have been filed, and the time for doing so has passed.

1

1  According to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of the
2  case. Having carefully reviewed the entire file, the Court concludes the findings and
3  recommendations are supported by the record and proper analysis.
4  Thus, the Court **ORDERS**:
5  1. The findings and recommendations issued on December 12, 2025 (Doc. 13) are
6  **ADOPTED IN FULL**.
7  2. The petition for writ of habeas corpus is **GRANTED** on Ground One.
8  3. Respondent is directed to **IMMEDIATELY RELEASE** Petitioner, subject to the
9  bond and other conditions imposed by the immigration judge in the July 14, 2025
10  order.
11  4. The Clerk of Court is directed to **CLOSE THE CASE**.

IT IS SO ORDERED.

Dated:  **December 29, 2025**

UNITED STATES DISTRICT JUDGE

2